**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 184 MAL 2014
                                       :
                 Respondent          :
                                         : Petition for Allowance of Appeal from the
                                         : Order of the Superior Court
                 v.                     :
                                         :
                                         :
DAVID ADAM RAPOPORT,         :
                                         :
                 Petitioner            :


## ORDER


**PER CURIAM**

      **AND NOW**, this 10th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.